addressed to The Chief Justice and referred to the Court, denied.

**No. 10M108. Jerome L. Grimes, Petitioner v. Officer Barber, et al.**

563 U.S. 986, 131 S. Ct. 2478, 179 L. Ed. 2d 1207, 2011 U.S. LEXIS 3732.

May 16, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M109. Michael Driscoll, Petitioner v. Neyda DeLaRosa.**

563 U.S. 986, 131 S. Ct. 2478, 179 L. Ed. 2d 1207, 2011 U.S. LEXIS 3756.

May 16, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10-1042. Tammy Foret Freeman, et vir, Petitioners v. Quicken Loans, Inc.**

563 U.S. 986, 131 S. Ct. 2478, 179 L. Ed. 2d 1207, 2011 U.S. LEXIS 3812.

May 16, 2011. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

**No. 10-1139. Faculty Senate of Florida International University, et al., Petitioners v. Florida.**

563 U.S. 986, 131 S. Ct. 2479, 179 L. Ed. 2d 1207, 2011 U.S. LEXIS 3797.

May 16, 2011. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

**No. 10-1144. The Republica Bolivariana de Venezuela, et al., Petitioners v. DRFP L.L.C., dba Skye Ventures.**

563 U.S. 986, 131 S. Ct. 2479, 179 L. Ed. 2d 1207, 2011 U.S. LEXIS 3634.

May 16, 2011. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.